ROBERT H. RAMSEY,. APPELLANT, vs. H. H. DUNCAN, AS CLERK OF THE CIRCUIT COURT FOR THE COUNTY OF LAKE,. APPELLEE.

Appeal from Circuit Court Lake county.

*Arthur F. Odlin*, for Appellant.

No appearance for Appellee.

The bill in this case was filed by the appellant against the appellee. There was decree dismissing the bill, and the complainant appeals. The decree is affirmed.

Decision Per Curiam.